ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Ariae Koh General Maintenance & ) ASBCA No. 60578
Construction Company )
)
Under Contract No. W91B4M-09-C-7073 )

APPEARANCE FOR THE APPELLANT: Mr. Ainuddin Jalili
Owner/General Manager

APPEARANCES FOR THE GOVERNMENT: Raymond M. Saunders, Esq.
Army Chief Trial Attorney
MAJ Stephen P. Smith, JA
Trial Attorney

## ORDER OF DISMISSAL

The government has moved to dismiss this appeal for lack of jurisdiction, alleging that appellant had not submitted a claim to the contracting officer prior to the filing of this appeal. Appellant indicated that it does not oppose the government's motion. The government provided appellant with the contracting officer's contact information and represents that the contractor submitted a certified claim to the contracting officer on 15 June 2016.

Accordingly, this appeal is dismissed without prejudice to a timely appeal from a contracting officer's denial, or a deemed denial, of the contractor's 15 June 2016 claim.

Dated: 13 July 2016

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60578, Appeal of Arie Koh General Maintenance & Construction Company, rendered in conformance with the Board's Charter.

Dated:

<div style="margin-left:50%">

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

</div>